UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIT F. AUGBORNE, III,<br><br>                      Plaintiff,<br>v.<br>STATE OF NEVADA*, et al.*,<br><br>                      Defendants. | Case No. 2:19-cv-01218-APG-BNW<br><br>ORDER |

## I.    DISCUSSION

On July 11, 2019, Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), filed an incomplete application to proceed *in forma pauperis* with no case number on it and no complaint. (ECF No. 1).  The Court assigned a case number and opened this matter.  The application to proceed *in forma pauperis* did not include a financial certificate or account statement for the past six months as is required.[1]  (*Id.*)  On July 22, 2019, the Court ordered Plaintiff to file a complaint and a complete application to proceed *in forma pauperis*, including the required financial documents, within 30 days.  (ECF No. 3).

Plaintiff then sent the Court a document in which he suggested that he had sent a complaint to the Court with the case number 2:19-cv-01218-APG-BNW on it, but also said that he was unsure which case the complaint is assigned to because of the number of

---

[1] Plaintiff sought an extension of time to file his application to proceed *in forma pauperis* (ECF No. 4).  The Court denies that motion as moot because Plaintiff has filed the application.

1

cases he is litigating. (ECF No. 4). Plaintiff states that he is seeking to ascertain how a case is pending in this Court without a complaint. (ECF No. 5).

Plaintiff filed his application to proceed *in forma pauperis* with no case number on it. When a plaintiff opens a matter with the Court, the plaintiff does not yet have a case number and the Court immediately assigns a case number and informs the Plaintiff that all documents filed in that case must have the case number on it. As Plaintiff previously was told, if a party already has an open case, the party is required to include the case number on all future filings. (ECF No. 2). Therefore, if a person files an application to proceed *in forma pauperis* with no case number on it, as was the situation here, it is considered a new matter and a new case is opened. As the Court previously told Plaintiff (ECF No. 3), the Court did <u>not</u> receive a complaint in this matter. Plaintiff still has not filed a complaint in this case.

The Court will give Plaintiff one extension of time to file a complaint.[2] If Plaintiff sent a complaint in this case that the Court did not receive, then Plaintiff must file a copy of that complaint with the Court by September 27, 2019. If Plaintiff did not intend to open a new case, then he should inform the Court of that and the Court will close this case. Absent extraordinary circumstances, no further extensions of time will be granted.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for clarification (ECF No. 5) is granted.

IT IS FURTHER ORDERED that Plaintiff must file a complaint in this matter by September 27, 2019.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this matter will result.

/ / /

/ / /

---

[2] The complaint may not include any claims that are duplicative of claims Plaintiff has brought in other cases. A duplicative claim will be considered frivolous and malicious.

2

IT IS FURTHER ORDERED that the motion for extension of time to file an application to proceed *in forma pauperis* (ECF No. 4) is denied as moot.

DATED: September 11, 2019

_____
UNITED STATES MAGISTRATE JUDGE